# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHARLES BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 17-25 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for the calculation and award of benefits as required by the Court's Order.

Date: November 1, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE