# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHARLES BLACKWELL,<br><br>   Plaintiff,<br><br> vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant | Case No.: 5:17-cv-00025-MRW<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

  IT IS ORDERED that fees and expenses in the amount of $3,900.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 11/29/17

              _____
              THE HONORABLE MICHAEL R. WILNER
              UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

2

       /s/ *Brian C. Shapiro*
3  _____
   Brian C. Shapiro
4  Attorney for plaintiff James Charles Blackwell